**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00542-REB-06

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6.  LUIS AGUERO-SAENZ,

     Defendant.

_____

**MINUTE ORDER**[1]

_____

     Due to a confict arising on the court's calendar, the change of plea hearing set for Friday, August 12, 2011, is **VACATED** and is **RESET** to Thursday, **August 11, 2011**, at 11:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated:  August 4, 2011

_____

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.